**FILED**

MAY 0 4 2017

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: GO FIGURE BILLINGS, 960 S 24th Street W, suite E, Billings, Montana | MJ 17-28-M-JCL<br><br>ORDER SEALING CASE |

Based on motion of the United States and good cause appearing, IT IS HEREBY ORDERED that this case and all pleadings in it including the Application, Search Warrant and Affidavit, any return of service or receipt, this motion and any order pertaining to this motion to seal filed herein are SEALED pending further Order of this Court.

DATED this 4th day of May 2017.

JEREMIAH C. LYNCH
United States Magistrate Judge