IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| GO FIGURE BILLINGS, 960 S. 24th Street W. Suite E, Billings, Montana | MJ-17-28-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of July, 2017.

Jeremiah C. Lynch
United States Magistrate Judge